**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 22-10007-rlj7 | Trustee Name: | Laurie Dahl Rea |
|---|---|---|---|
| Case Name: | 4R DIRT CONSTRUCTION LLC | Date Filed (f) or Converted (c): | 02/02/2022 (f) |
| For the Period Ending: | 09/30/2022 | §341(a) Meeting Date: | 02/25/2022 |
| | | Claims Bar Date: | 05/26/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  1987 FRHT TR Other Information: License Number: NRF4435 | $10,000.00 | $10,000.00 | | $2,700.00 | FA |
| Asset Notes:　Order Granting Mtn to Sell entered 3/24/22 [Dkt. No. 31]. Rosen Auction sale price: $2,700.00 ||||||
| 2  2015 Polaris MV Other Information: 2015 Polaris MV 500 EFI | $2,500.00 | $2,500.00 | | $4,050.00 | FA |
| Asset Notes:　Order Granting Mtn to Sell entered 2/24/22 [Dkt. No. 31]. Rosen Auction sale price: $4,050.00 ||||||
| 3  2000 FRHT TR Other Information: License Number: 1M84210 | $15,000.00 | $15,000.00 | | $12,250.00 | FA |
| Asset Notes:　Order Granting Mtn to Sell entered 3/24/22 [Dkt. No. 31]. Rosen Auction sale price: $12,250.00 ||||||
| 4  2011 Ford F350 Other Information: 2011 Ford F350 PickUp License Number NPC1686 | $3,000.00 | $3,000.00 | | $3,800.00 | FA |
| Asset Notes:　Order Granting Mtn to Sell entered 3/24/22 [Dkt. No. 31]. Rosen Auction sale price: $3,800.00 ||||||
| 5  2001 WSTR TR 496 Other Information: License Number: 1M84207 | $15,000.00 | $15,000.00 | | $9,300.00 | FA |
| Asset Notes:　Order Granting Mtn to Sell entered 3/24/22 [Dkt. No. 31]. Rosen Auction sale price: $9,300.00 ||||||
| 6  2021 CENT UT Other Information: License Number: FVLT42 | $2,500.00 | $2,500.00 | | $1,600.00 | FA |
| Asset Notes:　Order Granting Mtn to Sell entered 3/24/22 [Dkt. No. 31]. Rosen Auction sale price: $1,600.00 ||||||
| 7  2015 LOAD FB Other Information: License Number: 052846J | $3,000.00 | $3,000.00 | | $3,800.00 | FA |
| Asset Notes:　Order Granting Mtn to Sell entered 3/24/22 [Dkt. No. 31]. Rosen Auction sale price: $3,800.00 ||||||
| 8  VOID　(u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes:　(Debtor's claim against Tigris for $160,000.00). Asset removed from amended schedules A/B filed 3/23/22 [Dkt. No. 28]. ||||||
| 9  2012 CTS Belly Dump Trailer　(u) | $10,000.00 | $10,000.00 | | $18,500.00 | FA |
| Asset Notes:　Amended Schedule A/B filed 2/16/2022 [Dkt. No. 9]. Order Granting Mtn to Sell entered 3/24/22 [Dkt. No. 31]. Rosen Auction sale price: $18,500.00 ||||||
| 10  Laser Level　(u) | $300.00 | $300.00 | | $410.00 | FA |
| Asset Notes:　Listed on amended schedules filed 2/16/2022. Order Granting Mtn to Sell entered 3/24/22 [Dkt. No. 31]. Rosen Auction sale price: $410.00 ||||||
| 11  Personal loan to former employee Toby Barnett　(u) | $2,500.00 | $2,500.00 | | $0.00 | FA |
| Asset Notes:　Listed on amended schedules filed 2/16/2022. Not likely to collect. ||||||
| 12  4R Dirt Construction, LLC website　(u) | $100.00 | $100.00 | OA | $0.00 | FA |
| Asset Notes:　Listed on amended schedules filed 3/4/2022. Send notice to potential buyers; no interest. Filed notice of intent to abandon on 6/21/22 [Dkt. No. 41] ||||||

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 22-10007-rlj7 | Trustee Name: | Laurie Dahl Rea |
|---|---|---|---|
| Case Name: | 4R DIRT CONSTRUCTION LLC | Date Filed (f) or Converted (c): | 02/02/2022 (f) |
| For the Period Ending: | 09/30/2022 | §341(a) Meeting Date: | 02/25/2022 |
| | | Claims Bar Date: | 05/26/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13  Whit Energy Lawsuit (u) | $186,407.54 | $186,407.54 | OA | $0.00 | FA |
| Asset Notes: Listed on Amended schedules filed 3.23.22 [Dkt. No. 29]. Litigation unlikely to benefit creditors. Filed notice of intent to abandon on 6/21/22 [Dkt. 41]. | | | | | |
| 14  200 Gallon Fuel Tank (u) | $0.00 | $0.00 | | $360.00 | FA |
| Asset Notes: Order Granting Mtn to Sell entered 3/24/22 [Dkt. No. 31]. Rosen Auction sale price $360.00. | | | | | |
| 15  TWC Fund 936 Warrant Refund (u) | $0.00 | $0.00 | | $841.23 | FA |
| Asset Notes: Refund from Texas Comptroller received 4/29/22. | | | | | |
| 16  VOID (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: (Debtor's claim against Custom Cutters for $160,000.00). Added as asset on Amended schedules filed 3/23/2022 [Dkt. No. 28] and removed as asset on Amended schedules filed 3/23/2022 [Dkt. No. 29]. Debtor stated that defendant was misnamed, correct defendant is Whit Energy (Asset No. 13). | | | | | |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

| | $250,307.54 | $250,307.54 | | $57,611.23 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

| 09/28/2022 | F&P final fee application filed. |
|---|---|
| 09/20/2022 | Waiting for Taylor CAD to amend claim to finalize BPP for 2022. Claim finalized and amended on 10/4/22. |
| 09/19/2022 | Filed accountant fee application. |
| 08/16/2022 | Per accountant - no tax return needed. |
| | Checking on Taylor County claim. No other claims objections needed. |
| | Checking with Sheldon re any fees for him. |
| 07/13/2022 | All assets fully administered. Need tax return. |
| | Reviewed claims. |
| 07/11/2022 | Filed application to hire Sheldon Levy to file tax return. Order approving application to employ Sheldon Levy entered 8/4/22 [Dkt. No. 48] |
| 04/20/2022 | Report of sale filed 4/20/22 [Dkt. No. 32] |
| 03/24/2022 | Expedited order approving sale of property entered 3/24/22 [Dkt. No. 31] |
| 03/09/2022 | Order approving application to employ F&P as counsel for Trustee entered 3/9/22 [Dkt. No. 21] |
| | Order approving application to employ Rosen Systems as auctioneer entered 3/9/22 [Dkt. No. 22] |
| 02/25/2022 | Personal property to sell. Need to hire Rosen to sell equipment, FP for legal work, and Levy for tax return. |
| | No preferences or fraudulent transfers indicated in SOFA or otherwise. |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No.: 3

| Case No.: | 22-10007-rlj7 | Trustee Name: | Laurie Dahl Rea |
|---|---|---|---|
| Case Name: | 4R DIRT CONSTRUCTION LLC | Date Filed (f) or Converted (c): | 02/02/2022 (f) |
| For the Period Ending: | 09/30/2022 | §341(a) Meeting Date: | 02/25/2022 |
| | | Claims Bar Date: | 05/26/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | | | | |
|---|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2022 | | **Current Projected Date Of Final Report (TFR):** 01/31/2023 | | /s/ LAURIE DAHL REA | |
| | | | | LAURIE DAHL REA | |